E Clarke Balcom, # 01195
cbalcom@qwest.net
**CLARKE BALCOM, P.C.**
1312 SW 16th Ave, 2nd Floor
Portland, OR 97201-2516
Telephone (503) 224-5950
Fax (503) 467-4669
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**DAVID M. ROSEN,**
              PLAINTIFF

v.

**TITAN MANAGEMENT SERVICES, LLC,**
    **a Georgia Limited Liability Company,**
             DEFENDANT

Case No.: CV-07-1311-JO

ORDER

Upon consideration of Plaintiff's Motion to Withdraw Plaintiff's previously submitted Motion (#8) for an Award of Costs and Attorney Fees, filed on February 19, 2008, IT IS HEREBY ORDERED that Plaintiff's motion (#9) is granted.

Dated: __Feb 4, 2008__

_____
The Honorable Robert E. Jones
U.S. District Court Judge

**ORDER**